MEDICAL SALES CORPORATION

v.

J. Edward DAY, Postmaster General.

Civ. No. 404–63.

United States District Court
District of Columbia.

Feb. 13, 1963.

Edward J. Skeens, Washington, D. C., for plaintiff.

Arnold T. Aikens, Asst. U. S. Atty., for defendant.

McGUIRE, Chief Judge.

This proceeding is in the nature of a complaint for injunction filed by the plaintiff to mandatorily restrain the defendant from enforcing and carrying out the terms of Fraud Order, so-called, No. 63–17 dated February 5, 1963.

The matter originally came before the Court this day on an application for a temporary restraining order and by agreement of the parties was submitted on the merits, both sides concluding that the only question in the case was a question of law, whether a fair hearing had been accorded and the findings of the administrative officers as to fact were supported by substantial evidence.

That being so, on the record indicated, the Government made a motion for summary judgment and the same is hereby granted and the complaint dismissed.

The Court concludes that there is ample evidence to justify the finding. Jeffries v. Olesen, D.C., 121 F.Supp. 463 (1954) is neither persuasive nor controlling, and apart from that, may be distinguished. Order accordingly.